UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| YICK LEE, Plaintiff, -v- 301 W 17 LLC, and PK's DINER LLC, Defendants. | : | 26-cv-5837 (SHS) ORDER |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The next conference will be held on December 18, 2026, at 10:00 a.m.; and

2. The last day for completion of discovery is December 18, 2026.

Dated: New York, New York
September 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.